UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-23014-DPG

DOUG LONGHINI,

    Plaintiff,

v.

AVENTURA MALL VENTURE, a
General Partnership and
BLOOMINGDALE'S, INC., a Foreign
Profit Corporation,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, BLOOMINGDALE'S, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 7th day of November, 2019.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Edwin Cruz* |
| ANTHONY J. PEREZ | EDWIN CRUZ |
| Florida Bar No.: 535451 | Florida Bar No.: 55579 |
| GARCIA-MENOCAL & PEREZ, P.L. | JACKSON LEWIS P.C. |
| 4937 S.W. 74th Court, Unit #3 | One Biscayne Tower |
| Miami, FL 33155 | Two South Biscayne Blvd., Suite 3500 |
| Telephone: (305) 553- 3464 | Miami, FL 33131 |
| Facsimile: (305)553-3031 | Telephone: (305) 577-7600 |
| Primary Email: ajperezlaw@gmail.com | Facsimile: (305) 373-4466 |
| Secondary Email: ddunn@lawgmp.com | Email: edwin.cruz@jacksonlewis.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |