**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:19-cv-23014-DPG

DOUG LONGHINI,

      Plaintiff,

v.

AVENTURA MALL VENTURE, a General
Partnership and BLOOMINGDALE'S, INC.,
a Foreign Profit Corporation,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI and Defendant, AVENTURA MALL VENTURE, hereby

advises the Court that the parties have reached an agreement to settle the instant case pending

execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with

prejudice once the settlement agreement is executed, which they reasonably expect to do no later than

forty-five (45) days from the date of this Notice. Accordingly, the Plaintiff, DOUG LONGHINI and

Defendant, AVENTURA MALL VENTURE, respectfully request that the Court vacate all currently

set dates and deadlines pertaining to Defendant, AVENTURA MALL VENTURE

Respectfully submitted this 9th day of December, 2019.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451

GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsimile: (305)553-3031
Primary Email:  ajperez@lawgmp.com and
ddunn@lawgmp.com

*Attorney for Plaintiff*

*/s/ Laurie U. Mathews*_____
LAURIE U. MATHEWS
Florida Bar No.: 120618

LEON COSGROVE, LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: (305) 740-1975
Facsimile: (305) 437-8158
Email: lmathews@leoncosgrove.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all

counsel of record this 9th day of December, 2019.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: aquezada@lawgmp.com
ddunn@lawgmp.com

By: */s/ Anthony J. Perez*____
     ANTHONY J. PEREZ

2