## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-23014-DPG

DOUG LONGHINI,

      Plaintiff,

v.

AVENTURA MALL VENTURE, a General
Partnership and BLOOMINGDALE'S, INC.,
a Foreign Profit Corporation,

      Defendants.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI and Defendant, BLOOMINGDALE'S, INC., through undersigned counsel and pursuant to F.R.Civ.P.41, jointly stipulate to the dismissal with prejudice of this matter. The parties shall bear their own attorney's fees and costs except as otherwise provided in their settlement agreement.

Dated:   December 13, 2019.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsímile: (305) 553-3031
Primary Email:  ajperezlaw@gmail.com
*Attorney for Plaintiff*

*/s/ Edwin Cruz*
EDWIN CRUZ
Florida Bar No.: 55579
JACKSON LEWIS P.C.
One Biscayne Tower
Two South Biscayne Blvd., Suite 3500
Miami, FL 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Email: edwin.cruz@jacksonlewis.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system and a copy of the foregoing was sent to all counsel of record, this

13th day of December, 2019.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: ddunn@lawgmp.com
aquezada@lawgmp.com

By: _/s/ Anthony J. Perez____
    ANTHONY J. PEREZ