**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:19-cv-23014-DPG

DOUG LONGHINI,

    Plaintiff,

v.

AVENTURA MALL VENTURE, a General Partnership and BLOOMINGDALE'S, INC., a Foreign Profit Corporation,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, DOUG LONGHINI, and Defendant, AVENTURA MALL VENTURE, having entered into a Confidential Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

    Dated: February 20, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Tiffany L. Anderson* |
| ANTHONY J. PEREZ | LAURIE UUSTAL MATTHEWS |
| Florida Bar No.: 535451 | Florida Bar No.: 120618 |
| GARCIA-MENOCAL & PEREZ, P.L. | TIFFANY LYNN ANDERSON |
| 4937 S.W. 74th Court, Unit #3 | Florida Bar No.: 83995 |
| Miami, FL 33155 | LEN COSGROVE, LLC |
| Telephone: (305) 553- 3464 | 255 Alhambra Circle, Suite 800 |
| Facsímile: (305) 553-3031 | Coral Gables, FL 33134 |
| Primary Email: ajperezlaw@gmail.com | Telephone: (305) 740-1975 |
| *Attorney for Plaintiff* | Facsimile: (305) 437-8158 |
| | Email: lmatthews@leoncosgrove.com |
| | tanderson@leancosgrove.com |
| | *Attorney for Defendant, Aventura Mall Venture* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a copy of the foregoing was sent to all counsel of record, this 20th day of February, 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: aquezada@lawgmp.com
ddunn@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ